UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEKA N. HIRSI,<br><br>Defendant. | No. CR17-166 RSL<br><br>**INFORMATION**<br>**(Felony)** |

The United States Attorney charges that:

### COUNT 1
### (Theft of Public Funds: HUD Section 8 Program)

On or about July 1, 2013, at Seattle, within the Western District of Washington, and elsewhere, the defendant, DEKA HIRSI, did willfully and knowingly embezzle, steal, and convert to her own use, and the use of another, money of the United States. Specifically, DEKA HIRSI caused the Seattle Housing Authority to make a $537 housing subsidy payment funded by the United States Department of Housing and Urban Development under the Section 8 Housing Choice Program by misrepresenting DEKA HIRSI's household composition, household income, and mental abilities.

All in violation of Title 18, United States Code, Section 641.

INFORMATION/HIRSI - 1

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2
### (Theft of Public Funds: Working Connections Child Care Program)

On or about November 4, 2013, at Seattle, within the Western District of Washington, and elsewhere, the defendant, DEKA HIRSI, did willfully and knowingly embezzle, steal, and convert to her own use, and the use of another, money of the United States. Specifically, DEKA HIRSI caused the Washington Department Of Social and Health Services to make a $2,803 child care subsidy payment funded by the United States Department of Health and Human Services under the Working Connections Child Care Program based on DEKA HIRSI's representation that her children were receiving subsidized childcare services, when, as DEKA HIRI well knew, her children were not receiving the represented services.

All in violation of Title 18, United States Code, Section 641.

## COUNT 3
### (Theft of Public Funds: Community Options Program Entry System)

On or about April 2, 2014, at Seattle, within the Western District of Washington, and elsewhere, the defendant, DEKA HIRSI, did willfully and knowingly embezzle, steal, and convert to her own use, and the use of another, money of the United States. Specifically, DEKA HIRSI caused the Washington Department Of Social and Health Services to make a $3,172 payment to DEKA HIRSI under the Community Options Program Entry System, a program funded by the United States Department of Health and

///
///

INFORMATION/HIRSI - 2

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Human Services, to compensate DEKA HIRSI for providing caretaking services when, as DEKA HIRSI well knew, she had not provided the services as represented.

All in violation of Title 18, United States Code, Section 641.

DATED: July 5th, 2017

*signature*
ANNETTE L. HAYES
United States Attorney

*signature*
ARLEN STORM
Assistant United States Attorney

*signature*
SETH WILKINSON
Assistant United States Attorney

INFORMATION/HIRSI - 3